# United States Bankruptcy Court
## __Northern__ District of ___Illinois___

In re: Aaron Stubblefield　　　　　　　　　　　　Case No. ___09 B 49348___
　　　　Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

　　This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

　　The debtor shall pay the chapter 7 filing fee according to the following terms:

　　$ __74.75__ on or before __January 25, 2010__

　　$ __74.75__ on or before __February 25, 2010__

　　$ __74.75__ on or before __March 25, 2010__

　　$ __74.75__ on or before __April 26, 2010__

　　Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

　　IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

　　A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
　　　　　　　　　　　　　　　　　　　　　　　　　(address of courthouse)

　　IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: January 13, 2010

BY THE COURT:

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | **Bankruptcy Case No.** |
| **Aaron Stubblefield,** ) | |
| ) | **09 B 49348** |
| Debtor. ) | |
| ) | |
| ) | |

**CERTIFICATE OF MAILING**

    I, Peter Castaneda, certify that on January 13, 2010, I caused copies of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed below via First Class Mail(**) and/or electronically via the Court's electronic notification system:

Aaron Stubblefield (**)
1447 W 120th St
Chicago, IL 60643

Gregg Szilagyi
Tailwind Services LLC
One South Wacker Drive
Suite 800
Chicago, IL 60606

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604


_____
Peter Castaneda
Courtroom Deputy